William B. BLEY, Petitioner/Appellant,

v.

Jane E. BLEY, Respondent/Respondent.

No. 61518.

Missouri Court of Appeals,
Eastern District,
Division One.

March 16, 1993.

J. Andrew Walker, Town & Country, for petitioner, appellant.

David G. Waltrip, Jody H. Wolff, St. Louis, for respondent, respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Husband appeals from that portion of the dissolution decree awarding child sup-

port and the court's award of attorney's fees. The decree is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. A written opinion would have no precedential value. The decree of the trial court and its award of attorney's fees is affirmed pursuant to Rule 84.16(b).